UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEMETRIOUS D. JOHNSON,

      Plaintiff,

v.                                                        Case No.:  2:26-cv-26-SPC-NPM

LEE COUNTY SHERIFF'S
OFFICE *et al.*,

      Defendants.

                          /

## OPINION AND ORDER

Before the Court is Plaintiff Demetrious D. Johnson's Complaint (Doc. 1).  Johnson is a pretrial detainee in Lee County Jail, and he seeks monetary damages against several jail officials.  The Court granted him leave to proceed *in forma pauperis*, so it must review the complaint to determine whether it is frivolous or malicious, fails to state a claim, or seeks monetary damages from anyone immune from such relief.  *See* 28 U.S.C. § 1915(e)(2).

Johnson must correct certain deficiencies in his complaint before the Court can conduct a meaningful review.  First, the Complaint does not comply with Federal Rule of Civil Procedure 10, which requires a party to "state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances."  This rule is important.  It enables defendants to respond to each factual claim, which alerts the court and the parties to the

factual claims that are in dispute. To proceed with this action, Johnson must organize his factual allegations into separate, numbered paragraphs as required by Rule 10.

Second, the complaint asserts at least six unrelated claims against separate defendants. Johnson's claims cannot be joined together in a single action because they did not arise out of the same transaction or occurrence. *See* Fed. R. Civ. P. 20(a)(2). "A plaintiff may set forth only related claims in one civil rights complaint." *Rosado v. Nichols*, 2:18-CV-195-JES-MRM, 2017 WL 1476255, at \*6 (M.D. Fla. 2017). As the Seventh Circuit observed, "multiple claims against a single party are fine, but Claim A against Defendant 1 should not be joined with unrelated Claim B against Defendant 2. Unrelated claims against different defendants belong in different suits[.]" *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007).

To continue this action, Johnson must file an amended complaint that states his factual allegations in separate, numbered paragraphs. Johnson's claims against the defendants appear to arise from at least six separate incidents, so he can only pursue one in this action. To pursue more than one unrelated claim, Johnson must file separate complaints.

Accordingly, it is now

**ORDERED:**

2

Plaintiff Demetrious D. Johnson's Complaint (Doc. 1) is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to send Johnson a civil-rights complaint form. Johnson may file an amended complaint within **21 days** of this Order**. Otherwise, the Court will enter judgment and close this case.**

**DONE** and **ORDERED** in Fort Myers, Florida on January 9, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

3