UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEMETRIOUS D. JOHNSON,

Plaintiff,

v. Case No.: 2:26-cv-26-SPC-NPM

LEE COUNTY SHERIFF'S OFFICE *et al.*,

Defendants.
_______________________________/

**OPINION AND ORDER**

Before the Court are Demetrious Johnson's Motion for Reconsideration (Doc. 9) and construed motion to expedite (Doc. 12). Johnson is a former detainee in Lee County Jail, and he sued several jail officials. On January 9, 2026, the Court dismissed his initial complaint because it did not comply with Federal Rule of Civil Procedure 10 and asserted unrelated claims against separate defendants. The Court gave Johnson 21 days to file an amended complaint. Johnson did not comply, so the Court entered judgment and closed the case.

Now, more than six months too late, Johnson seeks to file an amended complaint. He also asks the Court to promptly resolve "this simple, easy case" by awarding damages. (Doc. 12). Both requests are denied. Johnson's proposed amended complaint does not correct the deficiencies in the original—

in fact, it appears to be the original complaint with a few added pages. Johnson cannot revive this case with a late, defective amended complaint. Accordingly, his motions (Docs. 9 and 12) are **denied**.

**DONE** and **ORDERED** in Fort Myers, Florida on October 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record